[No. 31037-0-III.   Division Three.   October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER GEORGE NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 11-1-00174-6, Patrick A. Monasmith, J., entered July 31, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[Nos. 31402-2-III; 31404-9-III.   Division Three.   October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NANAMBI IBO GAMET, *Appellant*.

Appeals from a judgment of the Superior Court for Yakima County, No. 12-1-00931-2, F. James Gavin, J. Pro Tem., entered January 22, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31419-7-III.   Division Three.   October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL FARIAS AMEZOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01356-3, Cameron Mitchell, J., entered January 30, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 31515-1-III.   Division Three.   October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JAMES GOGGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03984-7, Annette S. Plese, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J. Now published at 185 Wn. App. 59.